UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES – GENERAL

Case No. 8:11-CV-0720-JST (MLGx)          Date: April 24, 2012

Title: Diana Ramirez v. Freescore LLC et al.

Present: **Honorable JOSEPHINE STATON TUCKER, UNITED STATES DISTRICT JUDGE**

| Nancy Boehme | N/A |
|---|---|
| Deputy Clerk | Court Reporter |

ATTORNEYS PRESENT FOR PLAINTIFF:    ATTORNEYS PRESENT FOR DEFENDANT:

Not Present                                          Not Present

**PROCEEDINGS: (IN CHAMBERS) ORDER TO SHOW CAUSE RE: FAILURE TO FILE PETITION FOR ARBITRATION**

On August 30, 2011, the Court granted Defendants' motion to compel arbitration and stayed the matter pending arbitration. (Doc. 38.) On April 23, 2012, the parties filed a Joint Status Report informing the Court that as of April 11, 2012, Plaintiff had not commenced any arbitration proceeding. (Joint Status Report, Doc. 40.) The parties further informed the Court that Defendants Vertrue, Incorporated and Adaptive Marketing, LLC filed voluntary petitions for relief under Chapter 11 of the Bankruptcy Code on April 2, 2012. (*Id.*) Plaintiff indicated that she requested from opposing counsel whether the main Defendant, Freescore, LLC, has also filed for bankruptcy, and if Freescore, LLC has not filed, she will file a petition for arbitration by April 30, 2012. (*Id.*) In light of the substantial period of time between this Court's order compelling arbitration and the recent bankruptcy filings, and Plaintiff's indication that she will file a petition for arbitration by April 30, 2012, the Court orders Plaintiff to show cause in writing **no later than May 2, 2012**, why this case should not be dismissed for failure to file a petition for arbitration. Notice to the Court that an arbitration petition has been filed will constitute a sufficient response to this Order.

Initials of Preparer: nkb