# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**  **JS-6**

| Case No. | SACV 11-720-JST(MLGx) | Date | May 3, 2012 |
|---|---|---|---|
| Title | DIANA RAMIREZ, etc. v. FREESCORE LLC, et al. | | |

| Present: The Honorable | JOSEPHINE STATON TUCKER, U.S. DISTRICT JUDGE |
|---|---|

| Ellen Matheson | Not Present |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |
| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
| Not Present | Not Present |

**Proceedings:** (IN CHAMBERS) ORDER DISMISSING CASE WITHOUT PREJUDICE

In light of Plaintiff's response to the Court's Order to Show Cause Re: Failure to File Petition for Arbitration (Docs. 41 and 42), this action is hereby dismissed without prejudice.

: 

Initials of Preparer   enm